**In re WAYSIDE FURNITURE CO., Bankrupt.**

**WINNEBAGO MFG. CO., Appellant, v. Julius J. GOETZ, Trustee in Bankruptcy of Wayside Furniture Co., Appellee.**

**No. 4908.**

Circuit Court of Appeals, Seventh Circuit.

Sept. 23, 1933.

I. A. Fish, G. R. Hoffman, J. H. Marshutz, and E. H. Hallows, all of Milwaukee, Wis., for appellant.

I. E. Goldberg, of Milwaukee, Wis., for appellee.

Before ALSCHULER and SPARKS, Circuit Judges, and WILKERSON, District Judge.

WILKERSON, District Judge.

This is an appeal from an order denying the right to reclaim certain furniture under a

---

contract similar in all substantial respects to the one in Union Furniture Company v. Julius J. Goetz, Trustee in Bankruptcy of Wayside Furniture Company, Bankrupt (C. C. A.) 67 F.(2d) 201, decided September 23, 1933. The contract was not filed for record. The contract in our opinion is not a consignment contract as appellant contends.

The judgment of the District Court is affirmed.